JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DAVID WARD (CABN 239504)
Special Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    E-Mail: David.Ward2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES, | No. CR 04-0147 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING** |
| v. | |
| ROYRICK MILLER, | Date:  June 24, 2009 |
| Defendant. | Time:  9:30 a.m. |
| | Court: Hon. Joseph C. Spero |

**STIPULATION**

Defendant Milton Thomas, by and through Seth Chazin, and the United States, by and through Special Assistant United States Attorney David Ward, hereby stipulate and agree as follows:

1)    A hearing for identification of counsel and detention status are scheduled in the above-captioned matter for June 22, 2009 at 9:30 a.m. before the Honorable Magistrate Judge Joseph C. Spero.

2)    Due to the unavailability of defense counsel on that date, the parties agree that the hearing should be continued until June 24, 2009 at 9:30 a.m.

//

1  IT IS SO STIPULATED.

2

3  Dated: June 19, 2009                          /s/
                                                 Seth Chazin
                                                 Attorney for Royrick Miller
4

5  Dated: June 19, 2009                          /s/
                                                 David Ward
                                                 Special Assistant United States Attorney
6

7

8

9

10                                **ORDER**

11     PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing in the above-

12  captioned case will be continued until June 24, 2009.

13

14  Dated:   June 22, 2009

15                                               Hon. J_____
                                                 United_____ge
16                                                    Judge Joseph C. Spero

17

18

19

20

21

22

23

24

25

26

27

28

**Stip. and [Proposed] Order Continuing Hearing**
*United States v. Miller*, CR 04-0147 CRB              2